**DEL RIO & CARAWAY, P.C.**
Daniel R. Del Rio (SBN 237968)
Charles D. Caraway (SBN 289360)
Daniel G. Maddox (SBN 347129)
2335 American River Drive, Suite 200
Sacramento, California 95825
Telephone:     (916) 378-4705
Facsimile:     (916) 378-4706

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SEARS-ROBISON, individually and as an heir for SHAUNA ROBISON (deceased),<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:25-CV-02623-DJC-SCR<br><br>**ORDER GRANTING EXTENSION ON INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)(C)** |

### ORDER GRANTING EXTENSION ON INITIAL DISCLOSURES

The Court had reviewed the Parties' stipulation and good cause appearing, the Court hereby grants an extension of the initial disclosure deadline from February 28, 2026, to March 27, 2026. This extension of time, until March 27, 2026, will not impact any other dates in the scheduling order and will remain the same.

**IT IS SO ORDERED.**


Dated:  February 27, 2026                /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE