**DEL RIO & CARAWAY, P.C.**
Daniel R. Del Rio (SBN 237968)
Charles D. Caraway (SBN 289360)
Daniel G. Maddox (SBN 347129)
2335 American River Drive, Suite 200
Sacramento, California 95825
Telephone:     (916) 378-4705
Facsimile:     (916) 378-4706

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SEARS-ROBISON, individually and as an heir for SHAUNA ROBISON (deceased), | Case No.: 2:25-cv-2623-DJC-SCR |
| Plaintiff, | **ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| UNITED STATES and DOES 1 through 10, inclusive, | |
| Defendants, and; | |
| SUSAN BUCK and CHRISTOPHER ROBISON, | |
| Nominal Defendants. | |

The Court, having reviewed the parties' joint stipulation allowing Plaintiff to file a First Amended Complaint and finding that good cause exists to do so; hereby orders that Plaintiff's First Amended Complaint ("FAC") attached to the parties' joint stipulation is hereby considered filed as the operative complaint in this case. The United States has 15 days from the date of this order to respond to the FAC. The filing of the FAC does not affect the deadlines previously issued in the scheduling order for this case.

///

///

Order to File FAC
*Sears-Robison v. United States*, 2:25-cv-2623-DJC-SCR

**IT IS SO ORDERED.**

Dated:  April 2, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Order to File FAC
*Sears-Robison v. United States*, 2:25-cv-2623-DJC-SCR